UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. MINETTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:22-cv-01268-AC<br><br><br>ORDER |

On July 19, 2022, plaintiff was served with a Consent or Decline form, which he was directed to file by October 20, 2022.  ECF No. 5.  Plaintiff did not file the form indicating whether he consents to Magistrate Judge jurisdiction.  Plaintiff is ORDERED to file his consent or decline form no later than December 21, 2022.  Failure to file the form may result in sanctions.

　　　　IT IS SO ORDERED.

DATED: December 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE