UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. MINETTO,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:22-cv-01268 AC<br><br><br>ORDER |

      On October 17, 2022, the administrative record in this case was filed. ECF No. 9. Under the Local Rules of this court, plaintiff's opening motion for summary judgment was due 45 days after the record was filed, in this case on December 6, 2022. No motion has been filed. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. The filing of a motion for summary judgment within this timeframe will discharge this order.

DATED: January 3, 2023

                                                 /s/ Allison Claire<br>
                                             ALLISON CLAIRE<br>
                                             UNITED STATES MAGISTRATE JUDGE