PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHARON LAHEY, CA 263027
Special Assistant United States Attorney
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4814
   E-Mail: Sharon.Lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JASON J. MINETTO,<br><br>      Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:22-cv-01268-AC<br><br>STIPULATION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT |

     IT IS HEREBY STIPULATED by and between Jason J. Minetto (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings.  Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final

Stip. to Remand; 2:22-cv-01268-AC

decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

        Respectfully submitted,

Dated:  March 3, 2023        WEEMS LAW OFFICES

By: /s/ Robert C. Weems
Robert C. Weems
Attorney for Plaintiff
*Authorized via e-mail on February [], 2023

Dated:  March 3, 2023        PHILLIP A. TALBERT
United States Attorney

By: /s/ Sharon Lahey
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Agency for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  March 3, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE